IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02851-WYD-KMT

DANIEL GONZALES,

    Plaintiff,

v.

THOMAS F. FARRELL, P.C. d/b/a FARRELL & SELDIN;
MIDLAND CREDIT MANAGEMENT, INC.;
MIDLAND FUNDING, LLC; and
ENCORE CAPITAL GROUP, INC.,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice filed May 20, 2013.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, without fees or costs to either party.

Dated:  May 29, 2013

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge